UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.         Criminal No. 11-cr-89-01-JD

<u>Richard E. Parks</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted; the continuance is limited to 30 days. Trial is continued to the two-week period beginning December 13, 2011, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                ***/s/ Joseph A. DiClerico, Jr.***
                Joseph A. DiClerico, Jr.
                United States District Judge

Date: October 21, 2011

cc: Jeffrey Levin, Esq.
  Arnold Huftalen, Esq.
  U.S. Marshal
  U.S. Probation