UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

      v.        Criminal No. 11-cr-89-01-JD

<u>Richard E. Parks</u>

O R D E R


 The assented to motion to reschedule jury trial (document no. 14) filed by defendant is granted; Trial is continued to the two-week period beginning January 18, 2012, 9:30 a.m.

 Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

 SO ORDERED.



           <u>*/s/ Joseph A. DiClerico, Jr.*</u>
           Joseph A. DiClerico, Jr.
           United States District Judge

Date:  December 1, 2011

cc:  Jeffrey Levin, Esq.
  Arnold Huftalen, Esq.
  U.S. Marshal
  U.S. Probation